IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:18-CV-24260-RNS

REGINALD EARLY III, MILDRED EARLY,
and REGINA EARLY,

      Plaintiffs,

v.

CITY OF HOMESTEAD FLORIDA,
JUSTIN MEECE, GABRIELLE LEAL;
BILLY PEARCE, ADAM PEARCE,

      Defendants.

_____/

## JOINT INTERIM STATUS REPORT

      Plaintiffs, REGINALD EARLY III, MILDRED EARLY and REGINALD EARLY (herein after sometimes referred to as "the EARLYS" or "PLAINTIFFS") and Defendants, CITY OF HOMESTEAD FLORIDA, et. al, hereby file this Joint Interim Status Report in accordance with the Scheduling Order (D.E. 17) entered on January 16, 2019.

    a)  Have all defendants been served? If not, state the reasons.

          Yes, all defendants have been served.

    b)  Have all defendants responded to the complaint?

          Yes. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (D.E. 23) is fully briefed and pending.

    c)  If this is a class action, has a motion for class certification been filed? If so, what is its status?

          This is not a class action matter.

    d)  Have the parties agreed on a selected mediator? Have the parties agreed upon a place, date, time and time for mediation?

          Yes, the parties have agreed on and selected a mediator, Ricardo J. Cata.  A place, date, and time for mediation is pending.

    e)  Have the parties engaged in informal settlement negotiations? If not,

explain the reasons for the failure to do so.  If yes, state the status of such negotiations (e.g., ongoing, impassed etc.) and the relative prospects for resolution through informal means.

Yes, albeit, no settlement has been reached.

f) Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.

Plaintiffs believe an extension of discovery will be necessary, as the Defendants' Motion to Dismiss is pending and depending on this Court's Order, Plaintiffs may need to further amend their complaint. Defendants object to any further amendments of Plaintiffs' pleadings or to any extension of discovery due to an amendment of Plaintiffs' pleading at this stage. Defendants believe that the parties will be able to complete discovery by the Court's deadline.

Interrogatories and Request for Production have been propounded by both parties.  Depositions of all parties are in the process of being set.

g) Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.

__ No other issues that we are aware of at this time.

Dated this 24rd day of April, 2019.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on April 24th, 2019. I electronically filed the foregoing  document with the Clerk of Court using the CM/ECF system.

| | |
|---|---|
| */S/ LINDSAY N. GREENE* | */S/ ANNE R. FLANIGAN* ____ |
| LINDSAY N. GREENE | ANNE R. FLANIGAN |
| Florida Bar Number 269610 | Florida Bar Number 113889 |
| Lgreene@dsklawgroup.com | aflanigan@wsh-law.com |
| NataliaD@dsklawgroup.com | pgrotto@wsh-law.com |
| de Beaubien, Simmons, | Weiss, Serota, Helfman, Cole |
| Knight Mantzaris & Neal, | & Bierman, PL |
| 332 North Magnolia Avenue | 200 E. Broward #1900 |
| Orlando, Florida | Ft. Lauderdale, Florida |
| 32801 | 33301 |