United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Reginald Early III, and others, Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 18-24260-Civ-Scola ) |
| City of Homestead, Florida, and others, Defendants. | ) ) ) |

## Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendants' motion to tax costs (ECF No. 85). On January 31, 2020, Judge Torres issued a report, recommending that the Court grant the motion and award the Defendants costs in the amount of $5,448.80. (R. & R., ECF No. 93.) No objections have been filed and the time to object has passed. As a result, the Court reviews Judge Torres's report for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation. (**ECF No. 93**.) Consistent with the report, the Court awards **$5,448.80** in costs to Defendants City of Homestead, Justin Meece, Gabrielle Leal, and Adam Pierce, to be paid by Plaintiffs Reginald Early III, Regina Early, and Mildred Early.

**Done and ordered** at Miami, Florida, on February 28, 2020.

Robert N. Scola, Jr.
United States District Judge